IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC GRAY, )<br>)<br> Plaintiff, )<br>)<br>vs. )<br>)<br>DR. BAHRAT SHAH, *et al.*, )<br>)<br> Defendants. ) | Case No. 16-cv-00039-JPG-RJD |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 55) of Magistrate Judge Reona J. Daly with regard to Defendant Vipin Shah's Motion (Doc. 32) for Summary Judgment.  There were no objections to the R & R and the time for filing an objection has expired.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report and Recommendation.  The Court has reviewed the entire file and finds that the R & R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 55) and **GRANTS** Defendant Vipin Shah's Motion (Doc. 32) for Summary Judgment.   Defendant Vipin Shah is **DIMISSED** without prejudice.

All defendants having been dismissed, this case is **DISMISSED** without prejudice.  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**   12/28/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**