IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERIC GRAY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 16-cv-00039-JPG-RJD |
| DR. BAHRAT SHAH, *et al.*, | ) ) ) |
| Defendants. | ) |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision, IT IS HEREBY **ORDERED AND ADJUDGED** that the claims against defendants **Vipin Shah, Director I.D.O.C., Suzann Bailey, and Warden Lashbrook** for deliberate indifference to Plaintiff's medical needs in violation of the 8th Amendment and conspiracy claims are dismissed without prejudice and IT IS FURTHER **ORDERED AND ADJUDGED** that judgment is entered in favor of defendants **Vipin Shah, Director I.D.O.C., Suzann Bailey, and Warden Lashbrook** and against plaintiff **Eric Gray** on his claim for deliberate indifference to his medical needs in violation of the 8th Amendment and conspiracy claims.

**DATED:** 12/28/2016

**Justine Flanagan**
**Acting Clerk of Court**

*s/Tina Gray,*
**Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**